IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DISNEY ENTERPRISES, INC.**

      Plaintiff,

Vs.

**KOOL KLOWN PARTY PEOPLE, INC.,
DAVID F. CHAVECO, and MARISOL
PEREZ-CHAVECO**

      Defendant(s)
_____/

**CASE NO: 6:08-CV-728-ORL-19-DAB**
Magistrate Judge: David A. Baker

## ANSWER

1. The Defendants do not agree to allegations cited in Plaintiff's Complaint.

2. All seven demands requested from the Plaintiff's contact letters were fulfilled but Disney did not act in accordance with not pursuing. (**Exhibit A, B, & C**)

3. A letter was submitted by the Defendants to the Plaintiff, explaining how all demands were followed with detailed actions along with proof of booking records to the Plaintiff (**Exhibit D**) showing that there have not been any sales made off of Unauthorized Disney Characters.

4. As explained in the letter (**Exhibit D**) the Defendants do not have in their possession Infringing Costumes or related infringing merchandises. That is why the Defendants cannot deliver for destruction any Infringing Costumes or related infringing merchandises.

5. We ask the Courts to please dismiss this case, as we have complied with all the demands requested, and have not obtained in the past nor will obtain in the future any Infringing Merchandises that may cause confusion or be misleading in any way.

6. We ask the Courts to please dismiss this case, due to we are a small family business, that barely makes ends meet, and we do not have the means to obtain legal counsel if this matter is pursued any further.

KOOL KLOWN PARTY PEOPLE, INC.

*[signature]*

David F. Chaveco

*[signature]*

Marisol Perez-Chaveco
Defendant(s)

1148 10th Street
Clermont, Florida 34711

I hereby certify that a copy hereof has been hand-delivered to the Plaintiff's attorney:

> Michael W. O. Holihan
> Holihan Law
> 1101 North Lake Destiny Road
> Suite 275
> Maitland, Florida 32751

this **30th** day of **May, 2008**.

*[signature]*

Marisol Perez-Chaveco
Defendant(s)

# EXHIBIT "A"

# HOLIHAN LAW
INTELLECTUAL PROPERTY PROTECTION

February 6, 2008

*Via Overnight Mail*
Mr. David Chaveco
Kool Klown Party People, Inc.
1148 10th Street
Clermont, FL 34711

Re:     Disney Enterprises Inc./ Kool Klown Party People
Matter: 3802

Dear Mr. Chaveco:

This law firm represents Disney Enterprises, Inc. ("Disney"). Disney owns the exclusive copyrights and trademarks to numerous characters, including but not limited to, "Mickey Mouse®," "Minnie Mouse®," "Winnie the Pooh®," "Tigger®," "Goofy®," "Woody®," and "Buzz Lightyear®" (hereinafter referred to as the "Disney Characters").

Disney does not license the manufacture (other than for their own use), distribution, sale, or rental of any costumes for adults depicting the Disney Characters. We have recently learned that the Kool Klown Party People, Inc. ("Kool Klown") is renting or offering for rent infringing adult costumes depicting Disney's Characters, specifically Tigger, Winnie-the-Pooh, and Eeyore (hereinafter referred to as "Unauthorized Costumes"). A copy of a photograph used on your Craigslist Advertisement is attached as Exhibit "A".

At no time has Disney ever authorized Kool Klown to utilize the Disney Characters in conjunction with any event. Your use of Disney's Characters will cause confusion as to the source or sponsorship of your event. As a result, your use of the Disney Characters constitutes a direct infringement of Disney's rights in violation of the Lanham Act, 15 U.S.C. § 1114. Additionally, your use of the Disney Characters constitutes an act of

HL

1101 NORTH LAKE DESTINY DRIVE, SUITE 275, MAITLAND, FLORIDA 32751
TEL: 407.660.8575 • FAX: 407.660.0510 • E-MAIL: info@holihanlaw.com



Carrie.pickett@holihanlaw.com.

unfair competition under the Lanham Act, 15 U.S.C. § 1125, as well as Florida law. As a result, Kool Klown's use of the Unauthorized Costumes is a direct infringement of Disney's copyrights in violation of the Copyright Act. 17 U.S.C. §501. Based on the foregoing, demand is made upon you to do the following:

1) Immediately cease and desist in the use of Unauthorized Costumes which contain any of Disney's trademarks now or in the future;

2) Provide complete information as to your source of the Unauthorized Costumes utilizing the Disney's copyrighted and/or trademarked properties;

3) That you immediately remove the photographs up on your Web site, http://www.koolkownpartypeople.com, that depict the Unauthorized Costumes;

4) That you immediately remove the photographs up on your Craigslist advertisement;

5) That you immediately remove the photographs up on your Myspace page;

6) That you turn over for destruction any and all Unauthorized Costumes in your possession or control; and

7) That you provide us with a complete accounting of all sales and/or rental of the Unauthorized Costumes so that Disney may determine its damages (either your profits or statutory damages).

You must contact our office within five (5) business days of your receipt of this letter to confirm that you will fully comply with Disney's demands. Should you not contact our offices we will have to assume you do not wish to amicably resolve this matter. At such time Disney will be forced to take all appropriate actions under the law to enforce its rights, including the possibility of institution of an action in Federal Court seeking a Temporary Restraining Order and Preliminary Injunction together with attorney's fees, costs and the maximum damages provided by law.

Mr. David Chaveco
February 6, 2008
Page 3 of 3


The foregoing is written for purposes of compromise and settlement and is covered by Federal Rule of Evidence 408. Additionally, nothing herein shall limit or be construed to limit any position, right or claim that our clients may have, all of which are expressly reserved.

Respectfully,

Michael W.O. Holihan
For the Firm

Enclosures

cc: Bruce Carter

# EXHIBIT "B"



# HOLIHAN LAW
### INTELLECTUAL PROPERTY PROTECTION

March 10, 2008

**Federal Express**
Mr. David Chaveco
Kool Klown Party People, Inc.
1148 10th Street
Clermont, FL 34711

Re: Disney Enterprises Inc./ Kool Klown Party People
Matter: 3802

Dear Mr. Chaveco:

This law firm represents Disney Enterprises, Inc. ("Disney"). This follows up the telephone conversation we had with you on February 7, 2008 in reference to your unauthorized use of the Disney Characters in conjunction with party events. During our conversation you stated that you would comply with Disney's demands. However, to date we have received no further response. Additionally, it has come to Disney's attention that your Web site <www.koolklownpartypeople.com> and Myspace pages have the following statement posted, "Kool Klowns' Characters are not affiliated, nor connected to any Trademark companies as Disney, Nick Jr., Marvel, WB, Sesame Street, or any other cartoon companies." Disney believes that you have acted in bad faith by placing this statement on your Web site. You should know that this statement does not nullify the fact that the costumes that you are offering are counterfeit and not licensed by Disney ("Unauthorized Costumes"). As such Disney renews their demand for you to turn over for destruction any and all Unauthorized Costumes in your possession or control. *See* Exhibit "A".

In order for you to avoid litigation in this matter, Disney has seven demands: 1. Immediately cease and desist in the use of Unauthorized Costumes which contain any of Disney's trademarks now or in the future; 2. Provide complete information as to your source of the Unauthorized Costumes utilizing the Disney's copyrighted and/or

1101 NORTH LAKE DESTINY DRIVE, SUITE 275, MAITLAND, FLORIDA 32751
TEL: 407.660.8575 • FAX: 407.660.0510 • E-MAIL: info@holihanlaw.com

Mr. David Chaveco
March 10, 2008
Page 2

trademarked properties; 3. That you immediately remove the photographs up on your Web site, koolkownpartypeople.com, that depict the Unauthorized Costumes; 4. That you immediately remove the photographs up on your Craigslist advertisement; 5.That you immediately remove the photographs up on your Myspace page; 6. That you turn over for destruction any and all Unauthorized Costumes in your possession or control; and 7. That you provide us with a complete accounting of all sales and/or rental of the Unauthorized Costumes so that Disney may determine its damages (either your profits or statutory damages).

Should we not hear from you within ten (10) days from the date of this letter, Disney will be forced to assume you have no desire to amicably resolve this matter short of litigation. Upon that eventuality, Disney has directed us to file suit against you seeking a preliminary and permanent injunction, damages, including statutory damages, together with full attorney's fees and costs. You should also note that once suit is initiated in this matter, Disney will be seeking the maximum damages provided by law.

The foregoing is written for purposes of compromise and settlement and is covered by Federal Rule of Evidence 408. Additionally, nothing herein shall limit or be construed to limit any position, right or claim that our client may have, all of which are expressly reserved.

Respectfully,

Michael W.O. Holihan
For the Firm

Enclosures

# EXHIBIT "C"



# HOLIHAN LAW
INTELLECTUAL PROPERTY PROTECTION

March 25, 2008

**Federal Express**
Mr. David Chaveco
Kool Klown Party People, Inc.
1148 10th Street
Clermont, FL 34711

Re: Disney Enterprises Inc./ Kool Klown Party People
Matter: 3802

Dear Mr. Chaveco:

This law firm represents Disney Enterprises, Inc. This letter follows two previous letters sent to you concerning your infringement of Disney's rights. As mentioned before, we have learned that the Kool Klown Party People, Inc. ("Kool Klown") is renting or offering for rent infringing adult costumes depicting Disney's characters, specifically Tigger, Winnie-the-Pooh, and Eeyore (hereinafter referred to as "Unauthorized Costumes"). At no time has Disney ever authorized Kool Klown to utilize the Disney Characters in conjunction with any event.

In each of the previous letters, we have explained Disney's claims and its intent to follow through with litigation to enforce its rights. By ignoring these letters, you have left Disney with little choice but to institute an action in Federal Court seeking a preliminary and permanent injunction, attorneys' fees, and damages. In view of this, we strongly urge you or your counsel to respond within the next three (3) days in an attempt to amicably resolve this matter.

**THIS LETTER SHALL SERVE AS FINAL NOTICE TO YOU PRIOR TO THE COMMENCEMENT OF LITIGATION. ANY OPPORTUNITY TO RESOLVE THIS MATTER ON TERMS FAVORABLE TO YOU WILL BE FORFEITED UPON COMMENCEMENT OF SUIT.**

Respectfully,

Michael W.O. Holihan
For the Firm

# EXHIBIT "D"



# Kool Klown Party People

Clermont, Florida 34711
352.536.7232
www.koolklownpartypeople.com

www.myspace.com/koolklown

March 27, 2008

**Via Email**
Carrie Pickett
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751

RE:   Disney Enterprises Inc./ Kool Klown Party People
Matter: 3802

Dear Carrie Pickett,

As per our phone conversation today, March 27, 2008, this letter is written confirmation of our conversation. Before I begin, we would like to apologize for any confusion, misunderstanding, or trouble we might have caused by the statement or pictures we had on our website.

On February 6th we received a letter from your office stating that we were "utilizing the Disney Characters" unauthorized and you requested 7 demands to be met. Below are the demands requested with the action we took to resole the issue:

(1) <u>Immediately cease and desist in the use of Unauthorized Costumes, which contain any of Disney's trademarks now or in the future)</u> I would gladly like to follow this request, however, we have never had in our possession any costumes that would be Unauthorized or copyrighted with Disney. We are a small family-owned party business that provides clowning, facepainting, and ballooning to kids birthday parties or corporate events. The pictures in your exhibit "A" were copy/paste images retrieved from the Internet and ebay sellers. We posted it to see the feedback, once we received your letter we immediately deleted the pictures.

(2) <u>Provide complete information as to your source of the Unauthorized Costumes utilizing the Disney's copyrighted and /or trademarked properties;)</u> If I had an actual source, I would gladly provide you with this, but again, the source is the World Wide Web, and Ebay. I would type characters or any costumes that I thought of and copy/paste the picture they had up. We honestly did not see the resemblance of the costumes therefore, did not know that it would be offensive in any way. The tigers are two different colors and marking and the donkeys were also different in colors and markings.

(3) <u>That you immediately remove the photographs up on your Website, http://www.koolklownpartypeople.com, that depicts the Unauthorized Costumes;)</u> Immediately upon the arrival of the letter, I removed all statements and photographs.

(4) <u>That you immediately remove the photographs up on your Craigslist advertisement;)</u> Again, immediately upon the arrival of the letter, I removed all statements, photographs and advertisements.

(5) <u>That you immediately remove the photographs up on your Myspace page;)</u> Also, immediately upon the arrival of the letter, I removed all reference to any statements, photographs, and advertisements.

(6. **That you turn over for destruction any and all Unauthorized Costumes in our possession or control;**) I would gladly comply with this demand, but I do not have any costumes in my possession due to those pictures being copy/pasted from the Internet images.

(7. **That you provide us with a complete accounting of all sales and/or rental of the Unauthorized Costumes so that Disney may determine its damages (either your profits or statutory damages**) I would gladly provide you with any sales if I had any. Character rentals are not as popular in Central Florida as it is in other areas. Our main sales are from bounce house rentals, clowning, and facepainting. Mostly Bounce Houses.

I truly apologize if we caused any hassle. We are a small family-owned business, which is worked mainly part-time from the house, doing two or three parties a month. Unfortunately, the outcome of the party business has not been what we expected it to be.

We do not have anything with which to fight against Disney. We can't even go to Disney and take our kids to enjoy the Amusement Park as we don't make enough money for the entrance. So please understand that we have complied with your requests, to the fullest extent we are able. Please know we did not deliberately ignore your letters, actions were taken upon the arrival of the first letter. We did not know how else to handle this situation since we have never been sued or been in this situation before.

We do request for your understanding and to withdraw your action in the Federal Court for preliminary and permanent injunction, attorneys' fees, and damages. Please accept this letter as an attempt to amicably resolve this matter.

Thank you,

*[signature]*

David F. Chaveco
President of Kool Klown Party People, Inc.

12:32 PM
05/28/08

## Kool Klown Party People
## Journal
### January 1 through May 28, 2008

| Item | Item Description | Amount |
|---|---|---|
| | | 90.95 |
| FPC | Facepainting | -75.00 |
| TRA | Travel Fee | -10.00 |
| NOTES | If you are paying with Credit Card, please ... | 0.00 |
| NOTES | If you are paying with Credit Card, please ... | 0.00 |
| Fl State Tax | Sales Tax | -5.95 |
| | | 0.00 |
| | | 173.34 |
| RecT | Rectangle Table | -7.00 |
| FWC | Folding White Chair | -20.00 |
| BOUNCE15 | 15 x 15 Reg Bounce | -110.00 |
| TRA | Travel Fee | -25.00 |
| NOTES | If you are paying with Credit Card, please ... | 0.00 |
| Fl State Tax | Sales Tax | -11.34 |
| | | 0.00 |
| | | 90.95 |
| | | -90.95 |
| | | 0.00 |
| | | 283.55 |
| 3 n 1 | 3 n 1 Combo | -200.00 |
| Discount | Discount | 20.00 |
| TRA | Travel Fee | -10.00 |
| Fl State Tax | Sales Tax | -18.55 |
| FPC | Facepainting | -75.00 |
| | | 0.00 |
| | | 203.00 |
| | | -203.00 |
| | | 0.00 |
| | | 173.34 |
| | | -173.34 |
| | | 0.00 |
| | | 197.95 |
| CLO | Clown | -100.00 |
| TRA | Travel Fee | -85.00 |
| NOTES | If you are paying with Credit Card, please ... | 0.00 |
| Fl State Tax | Sales Tax | -12.95 |
| | | 0.00 |
| | | 144.45 |
| CLO | Clown | -100.00 |
| TRA | Travel Fee | -35.00 |
| NOTES | If you are paying with Credit Card, please ... | 0.00 |
| Fl State Tax | Sales Tax | -9.45 |
| | | 0.00 |
| | | 224.70 |
| CLO | Clown | -200.00 |
| TRA | Travel Fee | -10.00 |
| NOTES | If you are paying with Credit Card, please ... | 0.00 |
| Fl State Tax | Sales Tax | -14.70 |
| | | 0.00 |
| | | 144.45 |
| | | -144.45 |
| | | 0.00 |
| | | 224.70 |
| | | -224.70 |
| | | 0.00 |