UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DISNEY ENTERPRISES, INC.,**

        **Plaintiff,**

-vs-                                                                                        Case No.  6:08-cv-728-Orl-19DAB

**KOOL KLOWN PARTY PEOPLE, INC.,
DAVID F. CHAVECO, MARISOL
PEREZ-CHAVECO,**

        **Defendants.**

_____

# ORDER

This case comes before the Court on the Motion of Plaintiff Disney Enterprises to Strike the Answer of Defendant Kool Klown Party People, Inc. to the Complaint (Doc. No. 13, filed June 3, 2008). Defendant, a corporation, filed an Answer on May 30, 2008, which was signed by co-Defendants David F. Chaveco and Marisol Perez-Chaveco. (Doc. No. 12.) This document fails to comply with the requirements of the Local Rules of the Middle District of Florida for the reason stated below.

The Chavecos are not admitted to the Bar of this Court and cannot file an Answer on behalf of a corporate defendant such as Kool Klown Party People, Inc., even if they are officers of the corporation. Local Rule 2.03(e) provides that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court . . . ." Neither co-Defendant is admitted to practice as an attorney with the Bar of this Court, and therefore neither David F. Chaveco nor Marisol Perez-Chaveco may file documents in this proceeding on behalf of any other party. Thus, they may only file Answers on their own behalf.

Therefore, the Answer at Docket Number 12 is **ORDERED** stricken as to Defendant Kool Klown Party People, Inc., and the Clerk shall return such Answer to David F. Chaveco and Marisol Perez-Chaveco.

Defendant Klown Party People, Inc. has ten (10) days from the date below to file an Answer that complies with provisions of this Order. Failure to comply with this Order may result in the entry of a default and thereafter a default judgment against Defendant Klown Party People, Inc.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 24__, 2008.

*[Signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties