IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DISNEY ENTERPRISES, INC.**

      Plaintiff,

Vs.

**KOOL KLOWN PARTY PEOPLE, INC.,
DAVID F. CHAVECO, and MARISOL
PEREZ-CHAVECO**

      Defendant(s)
_____/

CASE NO: 6:08-CV-728-ORL-19-DAB
Magistrate Judge: David A. Baker

## MOTION REQUESTING APPOINTMENT OF COUNSEL

We, David F. Chaveco and Marisol Perez-Chaveco, co-Defendant's and officers of the corporation, Kool Klown Party People, Inc., hereby respectfully request this Court to appoint counsel to represent defendant, Kool Klown Party People, Inc.

1. In support of this motion, David F. Chaveco and Marisol Perez-Chaveco states that we have made a diligent effort to employ counsel and contacted the following attorneys: JJ Gall, Leigh Tucker, Ed Jordan, Draper, and Tervetti. All of which requested a great amount of fees for consultations and representation that we are not financially able to pay.

2. In support of this motion, David F. Chaveco and Marisol Perez-Chaveco states that we have made a diligent effort to obtain the assistance of counsel by contacting the following legal aid organizations, lawyer referral services, or *pro bono* attorneys: Legal Hotline, Christine, Francescani, Findlaw.com, Law Library, Florida Bar, District Attorney, and Lake County Legal Aid.

3. We have been going back and forth trying to comply with the requirements, regulations and orders. We are unable to comply because financially we can not even make ends meet, non the less retain an attorney to represent a company that we tried to build to be able to get out of a financial hole.

4. I, Marisol Perez-Chaveco filed the answer to complaint in behalf of the corporation, showing that we do not want an entry of default nor a default judgment because we are wrongfully being sued. All the allegations of the Plaintiff, Disney Enterprises, Inc., are false, and unmerited. We followed

all their demands, and they continued to pursue without solid evidence only speculations.

5. We ask the Courts to please grant this motion and/or dismiss this case, due to we have complied with all the demands requested, and will not obtain neither in our possession now nor in a later date have Infringing Merchandises that may cause confusion or be misleading in anyway.

6. We ask the Courts to please grant this motion and/or dismiss this case, due to we are a small family business, that barely makes ends meet, and we do not have the means to obtain legal counsel. If you grant this motion, please we pray for the Courts to appoint counsel without cost.

**KOOL KLOWN PARTY PEOPLE, INC.**

David F. Chaveco

Marisol Perez-Chaveco
Defendant(s)

1148 10th Street
Clermont, Florida 34711

I hereby certify that a copy hereof has been sent to the Plaintiff's attorney:

Michael W. O. Holihan
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, Florida 32751

this 1st day of July, 2008.

Marisol Perez-Chaveco
Defendant(s)