IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DISNEY ENTERPRISES, INC.

      Plaintiff,               CASE NO.: 5:08-cv-326-Oc-10GRJ

vs.

KOOL KLOWN PARTY PEOPLE, INC.,
DAVID F. CHAVECO, and MARISOL
PEREZ-CHAVECO

      Defendants.
_____/

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, DISNEY ENTERPRISES, INC. (hereinafter "Disney"), by and through its undersigned attorneys, hereby moves that this Court enter default pursuant to Fed. R. Civ. P. 55(a), and the following memorandum of law, which is incorporated by reference, against Defendant, KOOL KLOWN PARTY PEOPLE, INC.

## MEMORANDUM

Disney, by and through their undersigned attorneys, hereby move for entry of default against Defendant Kool Klown Party People, Inc. In support of this motion, Plaintiff states:

1. On May 6, 2009, Plaintiff filed their Complaint against Defendants Kool Klown Party People, Inc., David F. Chaveco, and Marisol Perez Chaveco ("Defendants") (Docket No. 1).

2. On May 30, 2008, the Defendants filed their Answer to Plaintiff's Complaint. The Answer was filed for on behalf of all Defendants, including Kool Klown Party People, Inc., by co-defendant David F. Chaveco. (Docket No. 12)  Upon information and belief, Mr. Chaveco is not an attorney.

3. On June 3, 2008, Plaintiff filed a Motion to Strike Answer to Complaint as to Defendant Kool Klown Party People, Inc., as corporations may not be represented by an officer or employee, but only through an attorney of law.  (Docket No. 13)

4. This Court entered an Order on June 25, 2008 granting Plaintiff's Motion to Strike and requiring Defendants, Chaveco, to file an Answer in compliance with the Court's Order.  (Docket No. 14, 15)

5. To date, Defendant Kool Klown Party People, Inc. not filed an Answer in compliance with the Court's Order.

6. In view of the foregoing, Disney respectfully requests that this Court enter a Default against Defendant Kool Klown Party People, Inc.

I hereby certify that on September 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to Kool Klown Party People, Inc., David F. Chaveco and Marisol Perez-Chaveco at 1148 10th Street, Clermont FL 34771.

<u>/s/ Stephanie Boomershine</u>
Stephanie Boomershine
Florida Bar No.: 0046667
Michael W.O. Holihan
Florida Bar No.: 0782165
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, Florida 32751
Telephone: 407.660.8575
Fax: 407.660.0510
E-mail: Michael.holihan@holihanlaw.com
Stephanie.Boomershine@holihanlaw.com
Attorneys for Plaintiffs
