IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DISNEY ENTERPRISES, INC.

      Plaintiff,                    Case No.: 5:08-cv-326-Oc-10GRJ

vs.

KOOL KLOWN PARTY PEOPLE,
INC., DAVID F. CHAVECO, and
MARISOL PEREZ-CHAVECO,

      Defendants.
_____/

## SETTLEMENT AGREEMENT AND CONSENT TO PERMANENT INJUNCTION AGAINST MARISOL PEREZ-CHAVECO

Plaintiff, Disney Enterprises, Inc. ("Disney"), by and through its undersigned attorneys, and Defendant, Marisol Perez-Chaveco (hereinafter "Perez-Chaveco"), hereby enter into the following Settlement Agreement and Consent to Permanent Injunction (hereinafter, "Agreement"):

1.    Perez-Chaveco agrees and stipulates to the following facts and findings:

        A.    This Court has jurisdiction over the Plaintiff and the Defendants and the subject matter of this action.

        B.    Disney Enterprises, Inc. (hereinafter "Disney") is the owner of the distinctive copyrighted properties and trademarks identified by the registrations indexed as Exhibits A and B to the Complaint and hereinafter referred to as the "Copyrighted Properties and Trademarks". The registrations are valid and subsisting

and are conclusive proof of the Plaintiff's rights to the Copyrighted Properties and Trademarks.

C. Perez-Chaveco has never been authorized by Disney to offer for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

D. Perez-Chaveco admits that she has infringed upon the Copyrighted Properties and Trademarks by offering for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

E. Disney is suffering and has suffered irreparable injury as a result of Perez-Chaveco's offering for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or bearing a design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks. Disney will continue to suffer irreparable harm and injury should a Permanent Injunction not be issued.

2. Perez-Chaveco shall immediately cease the offer for sale and distribution of live children entertainment services in conjunction with unauthorized reproductions

of the Copyrighted Properties and Trademarks, or bearing a design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

3. Perez-Chaveco, her officers, directors, agents, employees, affiliates, division, and subsidiaries agree that, in the future, she shall not offer for sale and distribute live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or bearing a design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

4. Perez-Chaveco agrees and stipulated that she has no infringing or counterfeit merchandise bearing the Copyrighted Properties and Trademarks in her possession or control. Further, Perez-Chaveco states that she turned over to Disney all documents or records in her possession, custody or control related to her sale, purchase, manufacture, or offer for sale of counterfeit or infringing merchandise covered by this agreement and, if Perez-Chaveco's source of the counterfeit or infringing merchandise is not evidenced by such documents, Perez-Chaveco has provided her best information concerning the identity and location of the source of the counterfeit and infringing merchandise to Disney's undersigned counsel, as well as the identities of any person or entity to whom Perez-Chaveco has sold or transferred any counterfeit or infringing merchandise.

5. Perez-Chaveco stipulates and agrees to entry of a Permanent Injunction and Final Order against her in the form attached as Exhibit 1, forever enjoining her from offering for sale and distributing live children entertainment services in conjunction

with unauthorized reproductions of the Copyrighted and Trademarked properties, or other commercial exploitation of any kind of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Copyrighted Properties and Trademarks, or bearing a design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks. The Permanent Injunction and Final Order also provides for entry of a Final Judgment in the favor of Disney in the amount of $20,000.00.

6. Perez-Chaveco stipulates that if she shall be in default of this Agreement by knowingly misrepresenting the source of the counterfeit or infringing merchandise, by knowingly misrepresenting the current location of the counterfeit or infringing merchandise, or if she ever again violates Disney's exclusive trademarks or copyrights or otherwise violates any terms of this Agreement.

7. Disney agrees that, so long as Perez-Chaveco is not in default of this Agreement, it will not record the Final Judgment or take any other action to collect on the Final Judgment.

8. Perez-Chaveco stipulates and agrees that should she default on this Agreement, Disney may immediately record the Final Judgment and take all legal means to collect on said Final Judgment.

9. In reliance upon the truthfulness of all the statements made above by Perez-Chaveco, Disney jointly moves with Perez-Chaveco for this Court to enter a Permanent Injunction and Final Order with respect to Perez-Chaveco as provided for in the proposed Permanent Injunction and Final Order attached as Exhibit 1. Disney and

Perez-Chaveco stipulate and move that the Permanent Injunction shall remain in full force and effect after the Court enters the Final Order and, further, that this Court retain jurisdiction over this matter to enforce the terms of this Agreement and Permanent Injunction.

Date: 11/23/09

*[signature]*

Michael W.O. Holihan
Florida Bar No. 782165
Stephanie Boomershine
Florida Bar No. 00046667
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland FL 32751
Phone: (407) 660-8575
Fax:    (407) 660-0510
Email: michael.holihan@holihanlaw.com
stephanie.boomershine@holihanlaw.com
Attorneys for Plaintiff

Date: 11/3/09

*[signature]*

Marisol Perez-Chaveco
16311 Highway 50
Apartment 126
Clermont, FL 34711