IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:08-cv-326-Oc-10GRJ

DISNEY ENTERPRISES, INC.

    Plaintiff,

vs.

KOOL KLOWN PARTY PEOPLE,
INC., DAVID F. CHAVECO, and
MARISOL PEREZ-CHAVECO,

    Defendants.
_____/

Notice of Voluntary Dismissal Without Prejudice

Plaintiff, Disney Enterprises, Inc., by and through its undersigned attorneys, hereby give Notice of Dismissal Without Prejudice of its suit against Defendant, Kool Klown Party People, Inc. pursuant to Fed. R. Civ. P. 41(a).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: Marisol Perez-Chaveco and David

1

F. Chaveco, 16311 SR 50, Apt. 126, Clermont FL 34711; this 10th day of September, 2009.

/Stephanie Boomershine/
Michael W.O. Holihan
FL Bar No: 782165
Stephanie Boomershine
FL Bar No: 0046667
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL  32751
Phone: 407.667.8811
Fax:     407.667.0020
Michael.holihan@holihanlaw.com
Stephanie.boomershine@holihanlaw.com
Attorneys for Plaintiff