IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DISNEY ENTERPRISES, INC.

      Plaintiff,                    Case No.: 5:08-cv-326-Oc-10GRJ

vs.

KOOL KLOWN PARTY PEOPLE,
INC., DAVID F. CHAVECO, and
MARISOL PEREZ-CHAVECO,

      Defendants.
_____/

PERMANENT INJUNCTION AND FINAL ORDER
AGAINST MARISOL PEREZ-CHAVECO

      Upon consideration of the Settlement Agreement and Consent to Permanent Injunction, and this Court being fully aware of the premises, the Court makes the following findings of fact and conclusions of law:

      1.    This Court has jurisdiction over the Plaintiff and Defendants and the Subject matter of this action.

      2.    The Plaintiff is the owner of the distinctive copyrighted properties and trademarks identified by the index of registrations attached as Exhibits A and B to the Complaint and hereinafter referred to as the "Copyrighted Properties and Trademarks." The registrations are valid and subsisting and are conclusive proof of the Plaintiff's rights to the Copyrighted Properties and Trademarks and properties noted, and as indexed to this Permanent Injunction and Final order as Exhibit A.

3. The Plaintiff brought this action against the Defendants alleging claims of copyright infringement, trademark infringement and unfair competition.

4. The Plaintiff's action arose out of the Defendants' infringement of the Copyrighted Properties and Trademarks through the Defendants' offer for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

5. The Defendants have never been authorized by the Plaintiff to offer for sale and distribute live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

6. Defendant, Marisol Perez-Chaveco (hereinafter "Perez-Chaveco") admits that she has willfully and intentionally infringed upon the Copyrighted Properties and Trademarks by offering for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

7.  The Plaintiff is suffering and has suffered irreparable injury as a result of Perez-Chaveco's offer for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks. The Plaintiff will continue to suffer irreparable harm and injury should this Court not issue a permanent injunction.

8.  Perez-Chaveco has stipulated and agreed to entry of a permanent injunction forever enjoining her from offer for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or making any commercial exploitation of any kind of merchandise bearing unauthorized simulations, reproduction, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a Permanent Injunction is entered as to Defendant, Marisol Perez-Chaveco, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Perez-Chaveco, her agents, servants, employees, and attorneys, and upon those persons in active concert or participation with her who receive actual notice of this Order by personal service or otherwise:

a. From offering for sale and distributing live children entertainment services in conjunction with unauthorized reproductions of the Copyrighted Properties and Trademarks, or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image that is of a substantially similar appearance to the Copyrighted Properties and Trademarks listed on Exhibit A to this Order;.

b. From passing off, inducing, or enabling others to sell or pass off as authentic products produced by the Plaintiff or otherwise authorized by the Plaintiff, any product not manufactured by the Plaintiff or produced under the control or supervision of the Plaintiff and approved by the Plaintiff, which uses any of the Copyrighted Properties and Trademarks listed on Exhibit A to this Order;

c. From committing any act calculated to cause purchasers to believe that products or services from Perez-Chaveco are those sold under the control and supervision of the Plaintiff, or are connected with and produced under the control or supervision of the Plaintiff;

d. From further diluting and infringing the Copyrighted Properties and Trademarks and damaging the Plaintiff's goodwill; and

e. From causing, aiding or abetting any other person from doing any act proscribed under a. through d. above.

It is further ORDERED AND ADJUDGED

That Final Judgment is awarded in favor of the Plaintiff, Disney Enterprises, Inc. and against Defendant, Marisol Perez-Chaveco, in the amount of $20,000.00.

It is further ORDERED AND ADJUDGED

That the Clerk is directed to enter a Final Judgment consistent with the above Order and that execution may thereafter issue on said Final Judgment.

It is further ORDERED AND ADJUDGED

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Settlement Agreement and Permanent Injunction and Final Order by way of contempt or otherwise. Perez-Chaveco agrees not to contest the validity of the Copyrighted Properties and Trademarks in any such proceedings.

It is further ORDERED AND ADJUDGED

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further ORDERED AND ADJUDGED

That each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.

Dated this 9th day of December, 2009.

WILLIAM TERRELL HODGES
United States District Judge

# EXHIBIT "A"

# COPYRIGHT REGISTRATIONS

Plaintiff: DISNEY ENTERPRISES, INC.

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 124 730 | Disney Character Guide | Pamphlet of Drawings |
| VA 891 493 | Disney Classics – Volume II | Style Guide |
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| RE 636 587 | Winnie the Pooh and the Honey Tree | Motion Picture |
| RE 718 378 | Winnie the Pooh and the Blustery Day | Motion Picture |
| VA1 369 225 | Winnie the Pooh Foundation Art | Style Guide |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 81 532 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| TX5 520 621 | Disney Princess | Branding Guide |
| R 354 235 | Snow White and the Seven Dwarfs | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 648 396 | Cinderella | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| PA 542 647 | Beauty and the Beast | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |

1

| | | |
|---|---|---|
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 431 543 | The Little Mermaid | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PA 583 905 504 973 | Aladdin | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 720 179 | Pocahontas | Motion Picture |
| VA 690 928 | Pocahontas | Style Guide |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 799 025 | Mulan | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| RE 27 746 | Alice in Wonderland | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice - 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | Peter Pan | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |

2

| | | |
|---|---|---|
| RE 66 285 | Tinkerbell | Coloring Book |
| VA1 110 867 | Tinker Bell | Style Guide |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| PA 765 713 | Toy Story | Motion Picture |
| VA 735 197 | Toy Story | Style Guide |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 959 870 | Toy Story 2* | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
| PA1 082 244 | **Lilo and Stitch** | Motion Picture |
| VA1 094 896 | Lilo and Stitch | Style Guide |
| VAu 506 816 | PLE | Model Sheet |
| VAu 506 817 | LIL | Model Sheet |
| VAu 506 818 | ST199 | Model Sheet |
| VAu 506 822 | JUM | Model Sheet |
| VAu 506 825 | ST100 | Model Sheet |
| PA1 146 502 | **Finding Nemo** | Motion Picture |
| VA1 162 469 | Finding Nemo Style Guide | Style Guide |
| VAu 559 052 | Sharks: Bruce, Anchor & Chum | Model Sheet |
| VAu 559 053 | Sharks: Bruce, Anchor & Chum(simplified) | Model Sheet |
| VAu 559 054 | Ocean Friends: Tad, Pearl & Sheldon | Model Sheet |
| VAu 559 055 | Tank Gang: Bloat, Peach, Gurgle, Bubbles, Deb | Model Sheet |
| VAu 559 056 | Primary: Nemo, Dory, Gill (2) | Model Sheet |
| PA1 250 536 | **The Incredibles** | Motion Picture |
| VA1 242 351 | The Incredibles | Style Guide |
| VA1 173 495 | **Kim Possible** | Style Guide |
| VA1 365 634 | **Chicken Little** | Style Guide |
| VA1 265 752 | **JoJo's Circus** | Style Guide |
| VA1 403 648 | Hannah Montana Pop Star | Style Guide |
| VA1 405 082 | **High School Musical** | Style Guide |
| VA1 414 966 | Pirates of the Caribbean: At World's End | Style Guide |
| VA1 369 221 | **Pirates of the Caribbean** | Style Guide |
| VA1 395 600 | **Ratatouille Cookbook** | Style Guide |

3

## TRADEMARK REGISTRATIONS

Plaintiff:   DISNEY ENTERPRISES, INC.

| Mark | Registration Number | Date of Issuance | Class |
|---|---|---|---|
| "Mickey Mouse" Design | 1,857,626 | October 11, 1997 | 14 |
| "Mickey Mouse" Stylized | 0,247,156 | September 18, 1928 | 9 |
| "Mickey Mouse" Stylized | 0,313,765 | June 5, 1934 | 16 |
| "Mickey Mouse" | 3,007,745 | October 18, 2005 | 14 |
| "Mickey Mouse" | 3,308,015 | October 9, 2007 | 41 |
| "Mickey Mouse" Design | 2,704,887 | April 8, 2003 | 9, 16, 18, 20, 21, 24, 25, 28 |
| "Mickey Mouse" | 3,036,883 | December 27, 2005 | 41 |
| "Minnie Mouse" | 3,131,283 | August 15, 2006 | 41 |
| "Minnie Mouse" Design | 2,700,619 | March 25, 2003 | 9, 16, 18, 20, 21, 24, 25, 28, 30 |
| "Winnie the Pooh" Design | 2,704,888 | April 8, 2003 | 9, 16, 18, 20, 21, 24, 25, 28, 30 |
| "Eeyore" Design | 2,704,886 | April 8, 2003 | 18, 21, 24, 25, 28, 9, |
| "Piglet" Design | 2,700,618 | March 25, 2003 | 9, 16, 18, 20, 21, 24, 25, 28 |
| "Tiger" Design | 2,860,445 | July 6, 2004 | 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| "Winnie the Pooh" | 3,344,934 | November 27, 2007 | 41 |
| "Winnie the Pooh | 3,024,287 | December 6, 2005 | 16 |
| "Finding Nemo" Design | 2,913,697 | December 21, 2004 | 14 |
| "Finding Nemo" | 3,029,676 | December 13, 2005 | 41 |
| "The Seas With Nemo and Friends" | 3,321,148 | October 23, 2007 | 41 |
| "Lilo and Stitch" | 2,845,107 | May 25, 2004 | 9, 41 |
| "Lilo & Stitch" | 2,811,097 | February 3, 2004 | 28 |
| "Lilo & Stitch" | 2,759,640 | September 2, 2003 | 14 |
| "Disney's Beauty and the Beast" | 2,870,954 | August 10, 2004 | 25 |
| "Disney's Beauty and the Beast" | 2,961,693 | June 14, 2005 | 41 |

4

| | | | |
|---|---|---|---|
| "Walt Disney's Cinderella" Design | 3,057,988 | February 7, 2006 | 9, 14, 16, 18, 21, 24, 25, 28, 30 |
| "Walt Disney's Snow White & the Seven Dwarfs" Design | 2,891,463 | October 5, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28, 30 |
| "Walt Disney's Sleeping Beauty" Design | 2,895,966 | October 19, 2004 | 3, 9, 14, 16, 18, 21, 28, 30 |
| "Walt Disney's Alice in Wonderland" Design | 2,895,968 | October 19, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28, 30 |
| "Mulan" | 2,358,721 | June 13, 2000 | 16, 25, 28 |
| "Disney Princess" | 3,367,265 | January 8, 2009 | 28 |
| "Disney Princess" | 3,541,892 | December 2, 2008 | 28 |
| "Toy Story" | 2,196,108 | October 13, 1998 | 9, 16 |
| "Toy Story" | 2,520,404 | December 18, 2001 | 14, 21, 24, 28, 30 |
| "Buzz Lightyear's Astroblaster" | 2,284,036 | October 5, 1999 | 41 |
| "Buzz Lightyear's Astroblaster" | 3,091,007 | May 9, 2006 | 41 |
| "Buzz Lightyear's Space Ranger Spin" | 3,117,901 | July 18, 2006 | 41 |
| "Walt Disney's Peter Pan" Design | 2,895,967 | October 19, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28 |
| "Tinkerbell" Design | 3,451,443 | June 17, 2008 | 28 |
| "Kim Possible" | 2,929,164 | March 1, 2005 | 28 |
| "Kim Possible" | 2,652,590 | November 19, 2002 | 41 |
| "Kim Possible" | 2,929,163 | March 1, 2005 | 9 |
| "Kim Possible" | 2,929,164 | March 1, 2005 | 28 |
| "Kim Possible" | 3,032,583 | December 20, 2005 | 16 |
| "Kim Possible" | 3,165,914 | October 31, 2006 | 18 |
| "JoJo's Circus" | 3,075,625 | April 4, 2006 | 41 |
| "JoJo's Circus" | 3,199,841 | January 16, 2007 | 28 |
| "JoJo's Circus" | 3,557,530 | January 6, 2009 | 16 |
| "Chicken Little" | 3,122,188 | July 25, 2006 | 28 |
| "Chicken Little" | 3,137,302 | August 29, 2006 | 41 |
| "Chicken Little" | 3,298,722 | September 25, 2007 | 9 |
| "Chicken Little" | 3,298,723 | September 25, 2007 | 18 |
| "Hannah Montana" | 3,413,552 | April 15, 2008 | 28 |
| "Hannah Montana" | 3,413,554 | April 15, 2008 | 9 |
| "Hannah Montana" | 3,424,804 | May 6, 2008 | 25 |

| | | | |
|---|---|---|---|
| "Hannah Montana" | 3,464,105 | July 8, 2008 | 41 |
| "Hannah Montana" | 3,473,757 | July 22, 2008 | 28 |
| "Hannah Montana" | 3,478,026 | July 29, 2008 | 16 |
| "Hannah Montana" | 3,545,449 | December 9, 2008 | 30 |
| "Jack Sparrow" | 3,428,447 | May 13, 2008 | 14 |
| "Jack Sparrow" | 3,428,448 | May 13, 2008 | 18 |
| "Jack Sparrow" | 3,428,449 | May 13, 2008 | 20 |
| "Jack Sparrow" | 3,428,450 | May 13, 2008 | 25 |
| "Jack Sparrow" | 3,438,012 | May 27, 2008 | 24 |
| "Jack Sparrow" | 3,442,603 | June 3, 2008 | 16 |
| "Jack Sparrow" | 3,555,359 | December 30, 2008 | 28 |
| "Pirates of the Caribbean" | 3,532,604 | November 11, 2008 | 41 |
| "High School Musical" | 3,600,342 | March 31, 2009 | 28 |
| "High School Musical" | 3,405,446 | April 1, 2008 | 41 |
| "High School Musical" | 3,416,284 | April 22, 2008 | 25 |
| "High School Musical" | 3,373,053 | January 22, 2008 | 41 |
| "High School Musical" | 3,464,274 | July 8, 2008 | 9 |
| "High School Musical" | 3,469,823 | July 15, 2008 | 28 |
| "High School Musical" | 3,506,573 | September 23, 2008 | 25 |