IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DISNEY ENTERPRISES, INC.

        Plaintiff,               CASE NO.: 5:08-cv-326-Oc-10GRJ

vs.

KOOL KLOWN PARTY PEOPLE, INC.,
DAVID F. CHAVECO, and MARISOL
PEREZ-CHAVECO

        Defendants.
_____/

## PLAINTIFF'S MOTION AND MEMORANDUM FOR RULE 37 SANCTIONS

Plaintiff, Disney Enterprises, Inc. (hereinafter "Disney"), hereby submits the following Motion for Rule 37 Sanctions against Defendant David F. Chaveco.

Kool Klown Party People, Inc.[1], David F. Chaveco, and Marisol Perez-Chaveco are pro se defendants. Marisol Perez-Chaveco has entered into a settlement agreement (Docket No. 34), leaving only Defendant David F. Chaveco at issue in this case (hereinafter "Chaveco").

On September 9, 2009, this Court issued an Order requiring the Defendants to provide initial disclosures prior to September 20, 2009 (Docket No. 31). This Order stated that if Defendants fail to comply, "Plaintiff may be subject to other sanctions provided by Rule 37(c)(1). Chaveco has failed to comply with this Order and has not

---

[1] On June 3, 2008, Plaintiff filed a Motion to Strike Answer as to Defendant Kool Klown Party People, Inc. (Docket No. 13). This Motion was granted on June 25, 2009 (Docket No. 14). Kool Klown Party People, Inc. failed to file a second Answer and the corporation is now dissolved. As such, Plaintiff has filed a Motion to Dismiss without Prejudice as to Defendant Kool Klown Party People, Inc. concurrently with this Motion and Memorandum.

contacted Plaintiff's counsel to schedule a joint meeting as required in the September 9 Order.

Based on the foregoing, Plaintiff respectfully requests that this Court render a default judgment against Chaveco pursuant to Rule 37(b)(2)(A)(vi) or, alternatively, compel Chavco to comply with this Court's previous Orders.  Furthermore, Plaintiff requests that this Court postpone the Pretrial Conference set for December 16, 2009, as Chaveco has shown no indication that he will attend the Conference or be prepared to participate, given his unwillingness to prepare a final pretrial statement with Plaintiff.

Plaintiff certifies that they have in good faith attempted to confer Chaveco via mail sent to Chaveco's address as provided to the Court and no less than four telephone calls in order to obtain initial disclosures and to schedule an in person meeting.

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to Kool Klown Party People, Inc, David F. Chaveco and Marisol Perez-Chaveco, 1148 10th Street, Clermont FL 34771 this 9th day of December, 2009.

/s/ Stephanie Boomershine
Stephanie Boomershine
Florida Bar No: 0046667
Michael W.O. Holihan
Florida Bar No: 782165
Michael W. O. Holihan, P.A.
1101 North Lake Destiny Road
Suite 275
Maitland, FL  32751
Phone: (407) 660-8575
Fax:    (407) 660-0510
Stephanie.boomershine@holihanlaw.com
Attorneys for Plaintiffs