UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DISNEY ENTERPRISES, INC.,

        Plaintiff,

-vs-                                            Case No.  5:08-cv-326-Oc-10GRJ

KOOL KLOWN PARTY PEOPLE, INC.,
DAVID F. CHAVECO, MARISOL PEREZ-
CHAVECO,

        Defendants.
_____

## ORDER OF DISMISSAL AND TO SHOW CAUSE

On May 5, 2008, the Plaintiff, Disney Enterprises, Inc. ("Disney"), filed a five-count Complaint against the Defendants, Kool Klown Party People, Inc. ("Kool Klown"), a Florida corporation, and David F. Chaveco and Marisol Perez-Chaveco, the co-owners of the corporation (Doc. 1).  Disney alleges that the Defendants own and operate a retail business that offers for sale, marketing and distribution adult size costumes of various Disney characters, and that the Defendants use these costumes to perform live action shows for children.  Disney further alleges, and has provided evidence in support, that it owns the copyrights and trademarks  to these Disney characters, as well as the exclusive rights to market and sell merchandise and services in connection with the images of the Disney characters.  Disney has never authorized or licensed the Defendants to utilize the likenesses of any Disney characters, nor has Disney authorized or licensed the Defendants

to utilize costumes of Disney characters or to perform live action shows using such costumes.

Disney contends that the Defendants' actions constitute copyright infringement in violation of 17 U.S.C. § 101 *et seq.,* trademark infringement in violation of 15 U.S.C. § 1114, unfair competition in violation of the Lanham Act, 15 U.S.C. § 1125(a), unfair competition in violation of Florida common law, and dilution of trademark in violation of 15 U.S.C. §§ 1117(a) and 1125(c) and Fla. Stat. § 495.151. Disney seeks both monetary damages and permanent injunctive relief from all three Defendants.

The Defendants were each served with the Complaint on May 14, 2008 (Docs. 9-11). On May 30, 2008, the Defendants filed a joint Answer, signed by David F. Chaveco and Marisol Perez-Chaveco, proceeding *pro se* (Doc. 12). On June 25, 2008, the Court struck the Answer as to Kool Klown only, pursuant to Rule 2.03(e) of the Local Rules of the Middle District of Florida (Doc. 15). The Court directed Kool Klown to file an Answer in compliance with Local Rule 2.03(3) within ten (10) days, and warned that failure to comply with the Court's Order may result in the entry of a default and thereafter final default judgment. Kool Klown did not comply with the Court's Order, and a Clerk's Default was entered against Kool Klown on September 8, 2009 (Doc. 30).

The case proceeded against David F. Chaveco and Marisol Perez-Chaveco. On September 4, 2009, Disney filed a motion to compel the Defendants to comply with the Court's Amended Case Management Order - specifically to provide initial disclosures under Fed. R. Civ. P. 26(a), and to attend an in-person meeting to prepare a final pretrial

2

statement (Doc. 29). The United States Magistrate Judge granted Disney's motion on September 9, 2009 (Doc. 31), and directed the Defendants to produce their initial disclosures within eleven days. The Magistrate Judge further ordered the Defendants to contact Disney's counsel to schedule a meeting to prepare the joint pretrial statement.

On October 7, 2009, Disney submitted a unilateral pretrial statement (Doc. 33), in which Disney represented that David F. Chaveco had failed to comply with the Magistrate Judge's September 9, 2009 Order, and had not returned calls to Disney's counsel. As such, Disney requested that the Court strike David F. Chaveco's Answer, and enter default judgment in the amount of $60,000.[1] Mr. Chaveco did not file a response to this pretrial statement, and the record demonstrates that he has taken no further action which would be designed to advance this case for trial.

On December 9, 2009, Disney filed a Notice of Voluntary Dismissal Without Prejudice as to Kool Klown, pursuant to Fed. R. Civ. P. 41(a) (Doc. 35). That same day, Disney filed a Motion and Memorandum For Rule 37 Sanctions (Doc. 37). In its motion, Disney recites David F. Chaveco's non-compliance with the Magistrate Judge's September 9, 2009 Order, and represents that it has tried in good faith to contact Mr. Chaveco in an effort to more forward with this case. Disney requests that the Court render a default judgment against Mr. Chaveco pursuant to Fed. R. Civ. P. 37(b)(2)(A)(vi), or, alternatively,

---

[1] Disney further stated that it was in the process of completing settlement negotiations with Marisol Perez-Chaveco, and anticipated filing a settlement agreement in short order. On December 8, 2009, a Settlement Agreement and Consent to Permanent Injunction was filed with the Court (Doc. 34), which the Court entered the next day (Doc. 36).

to compel Mr. Chaveco to comply with the Court's prior Orders. Disney further requests that the final pretrial conference scheduled for December 16, 2009 be postponed, due to the high probability that Mr. Chaveco will not attend or be prepared to participate.

Accordingly, upon due consideration, it is hereby ORDERED as follows:

(1) Pursuant to Disney's Notice of Voluntary Dismissal Without Prejudice (Doc. 35) and Fed. R. Civ. P. 41(a), the Clerk is directed to enter judgment DISMISSING all claims against Defendant Kool Klown Party People, Inc., WITHOUT PREJUDICE, each party to bear its own fees and costs;

(2) Within fourteen (14) days from the date of this Order, Defendant David F. Chaveco is ORDERED TO SHOW CAUSE in writing why a default and subsequent default judgment should not be entered against him as to all claims; and

(3) The Clerk is directed to remove this case from the trial calendar commencing January 4, 2010. The final pretrial conference scheduled for December 17, 2009 is canceled.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 11th day of December, 2009.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             David F. Chaveco, *pro se*