UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DISNEY ENTERPRISES, INC.,

        Plaintiff,

-vs-                             Case No.  5:08-cv-326-Oc-10GRJ

KOOL KLOWN PARTY PEOPLE, INC.,
DAVID F. CHAVECO, MARISOL PEREZ-
CHAVECO,

        Defendants.
_____

## **O R D E R**

On December 11, 2009, the Court entered an Order directing Defendant David F. Chaveco to show cause in writing within fourteen (14) days why a default and subsequent default judgment should not be entered against him as to all claims against him (Doc. 38). As of the date of this Order, Mr. Chaveco has not filed a response, or otherwise made any further appearance in this case.

Accordingly, upon due consideration and pursuant to this Court's December 11, 2009 Order (Doc. 38), the Answer filed on May 30, 2008 (Doc. 12) is STRICKEN as to Defendant David F. Chaveco, and the Clerk is directed to enter a default in favor of the Plaintiff and against Mr. Chaveco as to all claims against him.  See Fed. R. Civ. P. 55(a). Within fourteen (14) days from the date of this Order, the Plaintiff shall file a motion for default judgment in the form required by Fed. R. Civ. P. 55(b), which the Court will rule on in due course.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 13th day of January, 2010.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record