IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:08-cv-326-Oc-10GRJ

DISNEY ENTERPRISES, INC.

   Plaintiff,

vs.

KOOL KLOWN PARTY
PEOPLE, INC., DAVID F.
CHAVECO, and MARISOL
PEREZ-CHAVECO

   Defendants.
_____/

PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT
AGAINST DEFENDANT DAVID F. CHAVECO

  Plaintiff, Disney Enterprises, Inc. (hereinafter "Disney"), by and through its undersigned attorneys, hereby submits the following Motion for Default Judgment, Final Order and Permanent Injunction against David F. Chaveco pursuant to Fed. R. Civ. P. 55(b)(2) and this Court's January 13, 2010 Order (Docket No. 40), and the attached memorandum of law which is incorporated herein by reference.

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail David F. Chaveco, 400 SW 12th Street, Fort Lauderdale, FL 33315-1407, this 27th day of January, 2010.

/s/ Stephhanie Boomershine
Michael W.O. Holihan
Florida Bar No: 782165
Stephanie Boomershine
Florida Bar No: 0046667
Michael W. O. Holihan, P.A.
1101 North Lake Destiny Road
Suite 275
Maitland, FL  32751
Phone: 407.660.8575
Fax:    407.660.0510
info @holihanlaw.com
Attorneys for Plaintiffs
